**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-61492-CV-HUCK**

JOHNNY VAUGHNS,

               Plaintiff,

vs.

JASON MAMMARELLI and
BENJAMIN DUSENBERY,

               Defendants.

_____/

**ORDER ON MOTION TO TAX COSTS**

This matter is before the Court on Defendants' Verified Motion to Tax Costs, filed August 16, 2007 (DE #45). The Court has considered the Motion, Plaintiff's Response, and Defendants' Reply in further support thereof.  The Court is duly advised in the premises.

Rule 54(d)(1), Federal Rules of Civil Procedure, allows prevailing parties to recover their costs other than attorney's fees.[1]  As the prevailing parties in this action, Defendants seek to recover $991.60 in costs from Plaintiff.  Plaintiff urges the Court to use its discretion to deny Defendants' motion to tax costs in view of the fact that Plaintiff proceeded in this action in *forma pauperis* and in good faith.  Plaintiff cites case law holding that, in deciding a motion to tax costs against a litigant in *forma pauperis*,  the Court should consider "the purpose of the *forma pauperis* statute, the history of the party as a litigator, good faith, and the actual dollars involved." *Feliciano v. Selsky*, 205 F.3d 568, 572 (2d Cir. 2000).  Even taking these factors into account, the Court finds that an award of

---

[1]Such costs include the fees of the clerk and marshal; fees of the court reporter; fees and disbursements for printing and witnesses; fees for exemplification and copies of paper necessarily obtained for use in the case; docket fees under 28 U.S.C. §1923; and the compensation of court appointed experts, compensation for interpreters, and salaries, fees, expenses, and costs of special interpretation services under 28 U.S.C. §1828.  *See* 28 U.S.C. §1920.

costs to Defendants is appropriate.  Specifically, after considering all the evidence and testimony

admitted at the trial of this matter on August 13, 2007, the Court finds that Plaintiff did not bring this

action in good faith. Accordingly, it is hereby

ORDERED that Defendants' Motion to Tax Costs is GRANTED.  Plaintiff shall pay

Defendants $991.60, which is the sum of the costs itemized on Exhibit B to the Motion.

DONE AND ORDERED in chambers, Miami, Florida, this 5th day of September, 2007.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record